# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**CARRIE L. SHULMAN, M.D.,**

    **Plaintiff,**

v.　　　　　　　　　　　　　　　　Case No.:8:17-cv-1480-T-27MAP

**BAYCARE MEDICAL GROUP, INC.**
d/b/a BayCare Medical Group, a
Florida corporation,

    **Defendant.**

_____/

## NOTICE OF FILING IN SUPPORT OF DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFF'S RENEWED MOTION TO COMPEL RESPONSES TO PLAINTIFF'S FIRST SET OF WRITTEN DISCOVERY

The Defendant, Baycare Medical Group, Inc., hereby gives notice of filing of the Plaintiff's Charge of Discrimination in support of Defendant's Response in Opposition to Plaintiff's Renewed Motion to Compel Responses to Plaintiff's First Set of Written Discovery (Dkt. No. 71), which is set for hearing on October 11, 2018.

    Respectfully submitted,

    *s/Thomas M. Gonzalez*
    THOMAS M. GONZALEZ
    Florida Bar No.: 192341
    tgonzalez@tsghlaw.com
    SACHA DYSON
    Florida Bar No.: 509191
    sdyson@tsghlaw.com
    BENJAMIN W. BARD
    Florida Bar No.: 95514
    bbard@tsghlaw.com

THOMPSON, SIZEMORE, GONZALEZ
& HEARING, P.A.
201 N. Franklin St., Suite 1600
Post Office Box 639 (33601)
Tampa, Florida, 33602
Tel: (813) 273-0050
Fax: (813) 273-0072
Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 10th day of October, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following: David Shankman, Esq., Kendra D. Presswood, Esq., and Dennis D. Leone, Esq., attorneys for Plaintiff.

*s/Thomas M. Gonzalez*
Attorney

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| ☒ FEPA ☒ EEOC | 511-2017-02072 |

**FLORIDA COMMISSION ON HUMAN RELATIONS**
*State or local Agency, if any*

**NAME** (Indicate Mr., Ms. Mrs.): Carrie Shulman
**HOME TELEPHONE** (Include Area Code): 727-238-3925
**STREET ADDRESS**: 980 Bay Esplanade
**CITY, STATE AND ZIP CODE**: Clearwater Beach, FL 33767
**DATE OF BIRTH**: /68

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (if more than one list below.)

**NAME**: Baycare Medical Group
**NUMBER OF EMPLOYEES, MEMBERS**: 500+
**TELEPHONE** (include Area Code):
**STREET ADDRESS**: 2985 Drew Street, Clearwater, FL 33759
**COUNTY**: Pinellas

**CAUSE OF DISCRIMINATION BASED ON** (Check appropriate box(es))
☐ RACE ☐ COLOR ☒ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☒ RETALIATION ☐ AGE ☐ DISABILITY
☐ OTHER (Specify)

**DATE DISCRIMINATION TOOK PLACE**
EARLIEST: May 10, 2016
LATEST: October 17, 2016
☐ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional space is needed, attach extra sheet(s)):

I. PERSONAL HARM. I am a neurosurgeon, with an emphasis in cranial surgery, with the above-referenced employer. I work with a group of neurosurgeons all of whom are male. My performance in cranial surgery in terms of capability, results (i.e., saved lives, post operative complications at a minimal rate) and revenue generation exceeds my male co-workers, and I believe that I am the second highest revenue generating neurosurgeon for the employer in all of Pinellas County. Despite these facts, my medical cases have been diverted to a younger, far less experienced male surgeon, who has not had comparable results. In multiple cases, his patients died and/or developed problems that were avoidable. This diversion damages my professional reputation with referring physicians and negatively impacts my earnings. Further, this surgeon's cases were not subject to critique and review, but my supervisor (Hal) routinely discriminated against me while reviewing my cases. When I complained that I felt that I was being treated differently because I am a female, I was notified that my contract (which expires in mid-2017) would not be renewed even though my employer did not attribute this decision to my performance. Instead, I was told that I didn't get along with my co-workers, which is not true. When I was told that my contract would not be renewed, I was asked to sign a release of claims, which I have refused to do. Moreover, although I was told that I would still have privileges at the hospital, I would no longer be "on-call" which is a constant source of referrals from other physicians. Even if this were not an issue, I am unlikely to continue to have privileges at the hospital because there must be supporting recommendations from co-physicians in order to maintain hospital staff privileges. The physician who had routinely supported my privileges at the Hospital has declined to do so this year, as further retaliation against me.

II. RESPONDENT'S REASONS FOR ADVERSE ACTION. No legitimate reasons have been provided for these adverse employment actions.

III. DISCRIMINATION STATEMENT. I believe I have been discriminated against because of my gender (female) and retaliated against for complaining of gender discrimination in violation of Title VII of the Civil Rights Act of 1964, as amended, and the Florida Civil Rights Act.

☐ I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

Date: January 5, 2017  Charging Party (Signature) /s/ Carrie Shulman

**NOTARY** - (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS 5 DAY OF January, 2017.

Notary Public, State of Florida
Print Name: Karen Wollitz

[Notary Seal: KAREN D. WOLLITZ, Notary Public - State of Florida, Commission # FF 991357, My Comm. Expires Sep 2, 2020, Bonded through National Notary Assn.]

Received JUN 02 2017 Tampa Field Office

000601