UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES - CIVIL GENERAL**

CASE NO. 8:17-cv-1480-T-27SPF                         DATE: October 11, 2018

## Honorable SEAN P. FLYNN

CARRIE L. SHULMAN
-v-

BAYCARE MEDICAL GROUP, INC.

| | |
|---|---|
| Interpreter: N/A | Court Reporter: N/A |
| Time: 10:02-10:20; 10:32-10:36 (Total time: 22 min.) | |
| Deputy Clerk: Dawn M. Saucier | |
| Tape: Digital | Courtroom 11B |

| | |
|---|---|
| Attorney for Plaintiff: | David Shankman |
| Attorneys for Defendant: | Thomas Gonzalez, Sacha Dyson |

**PROCEEDING:** Plaintiff's Motion to Dismiss Without Prejudice (Doc. 45); Defendant's Response to Plaintiff's Motion to Dismiss Without Prejudice (Doc. 46); Defendant's (Opposed) Motion to Quash Subpoena (Doc. 58); Plaintiff's Opposition to Defendant's Motion to Quash Subpoena (Doc. 59); Plaintiff's Renewed Motion to Compel Responses to Plaintiff's First Set of Written Discovery and Supporting Memorandum of Law (Doc. 66); Defendant's Response in Opposition to Plaintiff's Renewed Motion to Compel Responses to Plaintiff's First Set of Written Discovery and Supporting Memorandum of Law (Doc. 71); Joint Motion to Extend the Discovery and Related Post-Discovery Deadlines (Doc. 69)

Court convened.

Oral argument of the parties.

Plaintiff's motions to dismiss to be taken under consideration. Remaining motions to be held in abeyance pending ruling on motion to dismiss.

Report and recommendation to be entered.

Court adjourned.